Submitted on record and briefs December 14, 1990, affirmed July 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

SCOTT ALAN JOHNSON,
*Appellant.*

(90D100585; CA A65443)

836 P2d 736

Elaine B. Oliver and Swaim & Betterton, P.C., Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Affirmed. *State v. Rice,* 114 Or App 101, 836 P2d 731 (1992).

_____

* Joseph, C. J., *vice* Newman, J., deceased.